UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLENN MOORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-01405-JAM-DB<br><br>Assigned to: Hon. John A. Mendez<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO MEET AND CONFER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(F)**<br><br>Action Filed: July 13, 2020 |

For good cause shown, it is hereby ordered that the deadline for Plaintiff Glenn Moore and Defendants Novartis Pharmaceuticals Corporation and Novartis Cooperation to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) shall be continued from September 15, 2020, to November 23, 2020.

DATED:   9/10/2020                           /s/ John A. Mendez_____
                                              U. S. District Court Judge